**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KINGRALE COLLINS                                                            PLAINTIFF
ADC #SK945

V.                                NO: 5:09CV00153 JLH/HDY

B.S. SMALLWOOD                                                          DEFENDANT

**<u>PROPOSED FINDINGS AND RECOMMENDATIONS</u>**

**<u>INSTRUCTIONS</u>**

The following recommended disposition has been sent to United States District J. Leon

Holmes. Any party may serve and file written objections to this recommendation. Objections should

be specific and should include the factual or legal basis for the objection. If the objection is to a

factual finding, specifically identify that finding and the evidence that supports your objection. An

original and one copy of your objections must be received in the office of the United States District

Court Clerk no later than eleven (11) days from the date of the findings and recommendations. The

copy will be furnished to the opposing party. Failure to file timely objections may result in waiver

of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge (if such a hearing is granted) was not offered at the
        hearing before the Magistrate Judge.

1

3.       The detail of any testimony desired to be introduced at the
hearing before the District Judge in the form of an offer of
proof,  and a copy,  or the original, of any documentary or
other non-testimonial evidence desired to be introduced at
the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff filed this complaint, pursuant to 42 U.S.C. § 1983, on May 26, 2009.  Plaintiff did

not pay the $350.00 filing fee, and his application for leave to proceed *in forma pauperis* ("IFP")

(docket entry #4) was incomplete, but indicated that he had sufficient assets to pay the filing fee.

Accordingly, on June 29, 2009, the Court denied Plaintiff's IFP application, and directed him to pay

the $350.00 filing fee within 30 days (docket entry #5).

More than 30 days has passed, and Plaintiff has not paid the filing fee.   Under these

circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice

for failure to pay the filing fee.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District

courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that

power is reviewed for abuse of discretion).

IT  IS THEREFORE RECOMMENDED THAT:

1.       Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the

$350.00 filing fee.

 2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

 DATED this ___10___ day of August, 2009.

 _____
 UNITED STATES MAGISTRATE JUDGE